JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>SAM USAMAH KHULUSI | District Court Case No.:<br>2:25-cv-09417-JWH<br><br>Bankruptcy Case No.:<br>2:22-bk-13980-VZ<br><br>Adversary Case No.:<br>2:24-ap-01013-VZ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO DISMISS APPEALS** |
| KUMARAVEL PERUMALSAMY, *et al.*,<br>Appellants,<br>v.<br>SAM USAMAH KHULUSI,<br>Appellee.<br><br>■ Affects all Appeals<br>□ Affects 2:25-cv-09417-JWH<br>□ Affects 2:25-cv-09496-JWH<br>□ Affects 2:25-cv-09516-JWH<br>□ Affects 2:25-cv-09639-JWH | |

The Court, having read and considered the "Stipulation to Dismiss Appeals" (the "Stipulation"), in accordance with Rule 8023(a) of the Federal Rules of Bankruptcy Procedure, hereby **ORDERS** as follows:

1. The Stipulation is **APPROVED**.
2. The above captioned appeals are **DISMISSED**.
3. The parties shall each bear their own respective costs and fees.

**IT IS SO ORDERED.**

Dated: November 2, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE